FILED
DISTRICT COURT OF GUAM
DEC 13 2006
MARY L.M. MORAN
CLERK OF COURT

rodneymalacaind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00115 |
| Plaintiff, | **INDICTMENT** |
| vs. | **POSSESSION OF A FIREARM BY A FELON** |
| RODNEY OJEDA MALACA, | [18 U.S.C. §§ 922(g)(1); 924(a)(2) & 2] |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

On or about July 4, 2006, in the District of Guam and elsewhere, RODNEY OJEDA MALACA, the defendant herein, having been convicted of crime punishable by imprisonment for a term exceeding one year, a felony offense; to wit, four counts of Theft by Taking (As a Third Degree Felony) on July 7, 2003, under the Superior Court of Guam, Case No. CF513-02 and CF563-02; knowingly possessed in and affecting commerce, a firearm, to wit: Phoenix Arms, semi-automatic pistol, .25 caliber, serial number 3187303, which had been

//
//
//

shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

DATED this 13 day of December 2006.

A TRUE BILL.

*[signature]*
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney