# Criminal Case Cover Sheet                                           U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00115__
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No _X_   Matter to be sealed: _____ Yes _x_ No**

Defendant Name _____Rodney Ojeda Malaca_____

Alias Name _____

Address _____

_____Sinajana, Guam_____

Birthdate __Xx/xx/1973__ SS# __xxx-xx-3450__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta San Nicolas_____

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922g1; 924a2 & 2 | Possession of Firearm by a Felon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: _____[signature]_____

**RECEIVED DEC 1 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**