rodneymalacawrit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00115 |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| | ) **CORPUS AD PROSEQUENDUM** |
| RODNEY OJEDA MALACA, | ) |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, RODNEY OJEDA MALACA, is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on December 18, 2006 at 1:30 p.m. for his initial appearance in the United States District Court of Guam, and whenever necessary, hereafter to attend court appearances in the above entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of confinement.

Dated this 14th day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

**RECEIVED**
DEC 14 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM