RECEIVED
DEC 13 2006
US MARSHALS SERVICE-GUAM

※AO 442 (Rev. 11/02) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of       **GUAM**

UNITED STATES OF AMERICA

V.

**RODNEY OJEDA MALACA**

**WARRANT FOR ARREST**

Case Number: CR-06-00115

FILED
DISTRICT COURT OF GUAM
DEC 14 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **RODNEY OJEDA MALACA**
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

**POSSESSION OF A FIREARM BY A FELON**

in violation of Title   **18**  United States Code, Section(s)   **922(g)(1); 924(a)(2) and 2**

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**DECEMBER 13, 2006, HAGATNA, GUAM**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/13/06 | | |
| DATE OF ARREST | DOC IN MANGILAO | /s/ Hoamen Z   ATF |
| 12/14/06 | | |

ORIGINAL

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____