| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | ROSETTA SAN NICOLAS<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |
| 6 | Attorneys for the United States of America |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00115 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM** |
| RODNEY OJEDA MALACA, | ) | |
| Defendant. | ) | |

TO: OFFICER IN CHARGE
 Territorial Detention Center
 Territory of Guam

    This Court finds that RODNEY OJEDA MALACA is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on December 18, 2006, at 1:30 p.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce RODNEY OJEDA MALACA, before this Court on December 18, 2006, at 1:30 p.m. and whenever necessary hereafter

to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**SO ORDERED** this 14th day of December 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**