FILED
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>**RODNEY OJEDA MALACA,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00115<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 15, 2006.

Dated this 18th day of December, 2006.

　　　　　　　　　　　　　　　　　　　/s/ 
　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

ORIGINAL