# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| **RODNEY OJEDA MALACA** | CASE NUMBER: CR-06-00115 |

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| JURY TRIAL | |

**FILED**
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, February 19, 2007 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>Tuesday, February 20, 2007 at 9:30 a.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

_(signature)_
(BY) DEPUTY CLERK

December 20, 2006
DATE

TO:    U.S. Attorney's Office    Federal Public Defender    U.S. Probation Office    U.S. Marshal Service

ORIGINAL