JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RODNEY OJEDA MALACA

**FILED**
DISTRICT COURT OF GUAM

JAN 1 0 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00115 |
| Plaintiff, | ) ) ) | MOTION TO WITHDRAW AS COUNSEL |
| vs. | ) ) ) | |
| RODNEY OJEDA MALACA | ) ) | |
| Defendant. | ) ) | |

COMES NOW the defendant, RODNEY OJEDA MALACA through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to permit the Office of the Federal Public Defender to withdraw from representation of Defendant in this above-referenced matter because of a conflict with another client of the Office of the Federal Public Defender.

//

//

**ORIGINAL**

This motion is based upon the attached Memorandum of Law and the Declaration of Counsel.

DATED: Mongmong, Guam, January 9, 2007.

*[signature]*
RICHARD P. ARENS
Attorney for Defendant
RODNEY OJEDA MALACA

## MEMORANDUM OF LAW

The American Bar Association Model Rules of Professional Conduct (ABA MRPC), provide that a lawyer shall not reveal confidential information relating to the representation of a client unless the client consents. Rule 1.6, ABA MRPC. The Model Rules also provide that a lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client. Rule 1.7(b) ABA MRPC.

The government has provided certain information related to this case which indicates that a potential conflict has arisen between Defendant herein and another client of the Federal Public Defender. The other client's case is inextricably related to Mr. Malaca's matter now pending in the District Court. Thus, the Office of the Federal Public Defender is compelled to withdraw from Mr. Malaca's case. The ethically mandated zealous defense of Mr. Malaca may be seriously compromised and called into question as a result of the current representation of the other client. The Office of the Federal Public Defender can not continue to represent Mr. Malaca for the above-stated reason. Mr. Malaca has been informed of this conflict and motion to withdraw by way of

direct personal communication between the Office of the Federal Public Defender and Mr. Malaca.

DATED: Mongmong, Guam, January 9, 2007.

*[signature]*
RICHARD P. ARENS
Attorney for Defendant
RODNEY OJEDA MALACA

### DECLARATION OF COUNSEL

I, RICHARD P. ARENS, hereby declare as follows:

1. That I am counsel for defendant, RODNEY OJEDA MALACA, having been appointed by the District Court of Guam December 18, 2006.

2. That another client represented by the Office of the Federal Public Defender in the U.S. District Court has an interest directly adverse to the interests of Mr. Malaca.

3. The ethically mandated zealous defense of Mr. Malaca may be seriously compromised or called into question as a result of the representation of the other client.

4. Mr. Malaca has been informed of this conflict and motion to withdraw by way of direct personal communication.

6. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

//

//

//

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, January 9, 2007.

RICHARD P. ARENS
Attorney for Defendant
RODNEY OJEDA MALACA

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 9, 2007:

ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, January 9, 2007.

_____
RENATE DOEHL
Operations Administrator

RICHARD P. ARENS
Attorney for Defendant
RODNEY OJEDA MALACA