JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RODNEY OJEDA MALACA

**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2007 nba

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00115 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| | ) | |
| vs. | ) | |
| | ) | |
| RODNEY OJEDA MALACA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the following motion to withdraw will be heard before the Honorable Frances M. Tydingco-Gatewood, District Judge, in the United States Courthouse, 4th Floor 520 West Soledad Ave., Hagatna, Guam, on **JAN 1 2 2007**, 2007 at 10:15 a.m. nba or as soon as counsel may be heard.

DATED: Mongmong, Guam, January 11, 2007.

RICHARD P. ARENS
Attorney for Defendant
RODNEY OJEDA MALACA

**ORIGINAL**