ORIGINAL

rodneymalacawithdraw

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
JAN 1 1 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RODNEY OJEDA MALACA, <br><br> Defendant. | CRIMINAL CASE NO. 06-00115 <br><br> GOVERNMENT'S NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL |

Comes now the United States of America, by and through Rosetta L. San Nicolas, Assistant U.S. Attorney and files this non-opposition to defendant's Motion to Withdraw as Counsel pursuant to ABA Model Rule 1.6.

DATED this 11th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney