# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00115-001  DATE: January 12, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:33:12 - 10:36:10
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Rodney Ojeda Malaca  Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.  ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: V. Roman / D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Motion to Withdraw as Attorney**
- Motion(s) argued by Defendant(s).
- Motion(s) granted. Rawlen Mantanona appointed to represent the defendant.
- Order submitted approved.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: