JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RODNEY OJEDA MALACA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00115 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RODNEY OJEDA MALACA | ) | |
| Defendant. | ) | |

Upon motion by the Office of the Federal Public Defender and for good cause shown,

IT IS ORDERED THAT the motion to withdraw is hereby granted, and the Court hereby appoints Rawlen Mantanona as counsel for the Defendant herein.

Dated: Hagatna, Guam, January 12, 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**