ORIGINAL

rodneymalacaexpert

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00115 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF INTENT TO USE EXPERT TESTIMONY** |
| RODNEY O. MALACA, ) | |
| Defendant. ) | |

Comes now the United States of America, by and through Rosetta L. San Nicolas, Assistant U.S. Attorney and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Alcohol, Tobacco and Firearm RAC Kraig E. Hankins, as an expert at trial. A copy of Kraig E. Hankins' Curriculum Vitae is attached to this Notice of Expert Testimony. Kraig E. Hankins will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on an examination of the Phoenix Arms Raven, semi automatic pistol, .25 caliber, serial number 3187303 which was recovered from the defendant on July 4, 2006. His conclusions and opinions were formulated as a result of the examination of the firearm. In addition, Kraig E. Hankins will

testify concerning the purpose of weapons examination, the methods and reasons for such, as well as explaining terminology and findings contained within the reports themselves.

Respectfully submitted this 1st day of February 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

/s/ Rosetta L. San Nicolas

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2