1  rodneymalacacont

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

# ORIGINAL

 **FILED**
DISTRICT COURT OF GUAM

FEB 1 5 2007 

**MARY L.M. MORAN**
**CLERK OF COURT**

9          **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE TERRITORY OF GUAM**

12  UNITED STATES OF AMERICA,               )    CRIMINAL CASE NO. 06-00115
                                            )
13                      Plaintiff,          )
                                            )    **STIPULATION OF PARTIES**
14            vs.                           )    **TO CONTINUE TRIAL**
                                            )
15  RODNEY OJEDA MALACA,                    )
                                            )
16                      Defendant.          )
    _____)

18      COME NOW the United States of America and defendant, by and through counsel David W.

19  Hopkins, and jointly move that the trial date in this matter, which is presently set for February 20, 2007

20  be continued to February 27, 2007, or a date and time thereafter convenient to the court. The parties

21  make this request for the following reasons:

22      Defense counsel Rawlen M. Mantanona is presently off-island attending a C.J.A. Conference in

23  New Orleans and is not expected to return to Guam until February 18, 2007. The parties have arrived at

24  a resolution of the case, Mr. Mantanona has represented that presently, his client Rodney O. Malaca

25  intends to enter into a plea agreement with the government. The parties respectfully request for a

26  continuance of approximately one week in order for Mr. Mantanona to obtain a signed plea agreement.

28                                          1

The parties believe that the interests of justice will be served by granting a continuance of the trial for one week.

Defendant made his initial appearance on this case on December 18, 2006 and was represented by the Federal Public Defender's Office. On January 12, 2007, the Federal Public Defender's Office moved to withdraw and defense counsel Rawlen M. Mantanona was appointed in his stead. The trial date, presently set for February 20,. 2007 is set within the 70th day time frame, as required by 18 U.S.C. § 3161(c)(1). February 27, 2007 will be the 72nd day since defendant's initial appearance on December 18, 2006. Defendant consents to a trial date set outside the 70 day time frame.

The parties further agree that any period of delay resulting from this stipulation shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C. §3161)(h)(8)(A), as the ends of justice are served by the requested continuance. The Speedy Trial Act of 18 U.S.C. § 3162(8)(A) allows tolling of the time if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". The parties believe that the best interests of both will be served by this continuance.

SO STIPULATED.

2/15/07
DATE

DAVID W. HOPKINS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/14/07
DATE

By: 

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2