1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00115 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONCERNING CONTINUATION OF TRIAL DATE** |
| RODNEY OJEDA MALACA, | ) | |
| Defendant. | ) | |

This parties have submitted a stipulation to the Court to continue trial, which is presently set for 9:30 a.m. on February 20, 2007. The continuance requested by the parties will result in a delay of trial beyond the 70 days mandated by the Speedy Trial Act, 18 United States Code, § 3161(c)(1). The parties advance the following reasons for the continuance.

Defense counsel Rawlen M. Mantanona is presently off-island attending a C.J.A. Conference in New Orleans and is not expected to return to Guam until February 18, 2007. The parties have arrived at a resolution of the case, Mr. Mantanona has represented that presently, his client Rodney O. Malaca intends to enter into a plea agreement with the government. The parties respectfully request for a continuance of approximately one week in order for Mr. Mantanona to obtain a signed plea agreement. The parties believe that the interests of justice will be served by granting a continuance of the trial for one week.

Having been fully advised in the premises, this Court finds that the stipulated continuance of the parties is justified under the Speedy Trial Act, and accordingly finds that the Act should be tolled pursuant to 18 U.S.C. § 3162(8)(A), the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED that trial of this matter shall be set to February 27, 2007, at 9:30 a.m.

Dated this 15th day of February, 2007.



**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**