## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-06-00115  DATE: February 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:51:04 - 11:09:39
CSO: B. Benavente

**APPEARANCES:**

Defendant: Rodney Ojeda Malaca  Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Christopher Duenas  U.S. Marshal: C. Marquez / G. Perez
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: May 28, 2007 at 9:00 A.M.
- Presentence Report due to the parties: April 23, 2007. Responses due: May 7, 2007
- Final Presentence Report due to the Court: May 21, 2007
- Defendant to remain in custody.

NOTES: