# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 06-00115-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| RODNEY OJEDA MALACA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for May 28, 2007. The probation officer is requesting that Court continue sentencing to June 28, 2007. The continuance is necessary for the probation officer to complete the defendant's criminal history and to prepare his criminal history computation. Both parties have no objections to a continuation.

RESPECTFULLY submitted this ___27th___ day of April 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc: Rosetta San Nicolas, AUSA
Rawlen Mantanona, Defense Counsel