FRANK MICHAEL CRUZ
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00115-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| RODNEY OJEDA MALACA, | ) | **ORDER** |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from May 28, 2007 to June 28, 2007 at 9:30 a.m. The presentence report shall be provided to the parties no later than May 25, 2007. The parties shall file their responses to the presentence report no later than June 8, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 14, 2007.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 27, 2007**