**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 06-00115-001 |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| RODNEY OJEDA MALACA, ) | |
| ) | |
| Defendant. ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of the Opposition to the PreSentence Report was duly hand-delivered or faxed to the following on June 28, 2007;

**UNITED STATES ATTORNEY'S OFFICE**
108 Hernan Cortez Ste. 500
Hagatna, GU 96910

Dated this 28th day of June, 2007.

_____
WILLIAM N. CRUZ

**ORIGINAL**