# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-06-00115-001                    DATE: June 28, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:12:06 - 10:18:30
                                                                3:24:29 - 4:07:25

CSO: L. Ogo

---

**APPEARANCES:**

Defendant: Rodney Ojeda Malaca                Attorney: Rawlen Mantanona

☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.       ☑ Present  ☐ Retained  ☐ FPD  ☑ CJA

U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Charles Sedberry, A.T.F.
U.S. Probation: Stephen Guilliot            U.S. Marshal: D. Punzalan / G. Perez
Interpreter:                                Language:

---

**PROCEEDINGS: Sentencing**

- Defense counsel's oral motion for a brief continuance was granted.
- Defendant committed to the Bureau of Prisons for a term of 51 months, with credit for time served. While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program and any vocational and educational programs approved by the Bureau of Prisons.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: